1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JACK HENSEN,                              No.  2:25-CV-0909-TLN-DMC

12              Plaintiff,

13         v.                                  <u>ORDER</u>

14   WAL-MART STORES, INC.,

15              Defendant.

16

17         Plaintiff, who is proceeding pro se, brings this civil action.  Pursuant to 28 U.S.C.

18   § 455(a), the undersigned hereby recuses himself from this action.  Accordingly, IT IS HEREBY

19   ORDERED that the Clerk of the Court is directed to randomly assign this case to another

20   Magistrate Judge for all further proceedings and make the appropriate adjustment in the

21   assignment of civil cases to compensate for this reassignment.

22         IT IS SO ORDERED.

23

24   Dated:  March 24, 2025

25                                             _____

                                              DENNIS M. COTA
26                                            UNITED STATES MAGISTRATE JUDGE

27

28

                                              1