UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK HANSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>WAL-MART STORES, INC.,<br><br>  Defendant. | No. 2:25-cv-0909 TLN AC PS<br><br><br>ORDER |

    Pending before the court is plaintiff's motion to compel discovery responses. ECF No. 14. Plaintiff is proceeding in pro se and this case is referred to the undersigned for pretrial proceedings pursuant to E.D. Cal. R. ("Local Rule") 302(c)(21). Additionally, this discovery matter was referred to the undersigned pursuant to Local Rule 302(c)(1).

    Plaintiff moves to compel defendant to respond to his requests for production. ECF No. 14. The motion is denied for several reasons. First, Local Rules 251(b) and (c) establish requirements for any party bringing a motion pursuant to Federal Rules of Civil Procedure 26 through 37 and 45, including the requirement that the parties meet and confer and file a joint discovery statement. Here, no joint discovery statement has been filed, and it does not appear that the parties adequately met and conferred.

    Second, plaintiff filed the motion prematurely, and the motion lacks merit. Plaintiff

1

1   mailed defendant his requests on June 16, 2025 (ECF No. 25 at 5), leaving defendants responses
2   due on Monday, July 21, 2025, in accordance with Federal Rule of Civil Procedure 34(b) (30
3   days to respond) and 6(b) (plus 3 days for mail service).  Plaintiff filed his motion on July 21,
4   2025, the day on which he was due to receive responses.  Defendant did, in fact, timely serve
5   responses that same day.  ECF No. 16-1 at 8 (showing responses were emailed to plaintiff at 3:05
6   p.m. on July 21, 2025).

7   In his reply brief, plaintiff acknowledges that he received defendant's responses, but sates
8   "now that I have received their mailing I am even more disappointed in the Defendant and their
9   attorneys."  ECF No. 17 at 2.  Plaintiff asserts that defendant refused to provide documents and
10  that their responses are full of objections.  This is not accurate.  Defendant's email to plaintiff
11  contained a link to produced documents (ECF No. 16-1 at 8), and while defendant does raise
12  objections in its responses, it also directs plaintiff to produced documents by BATES number.
13  See, e.g., ECF No. 16-1 at 23 ("Subject to and without waiving the foregoing objections,
14  Defendant responds as follows: Defendant directs Plaintiff to Bates No. WM-
15  HANSEN_00000080-WM-HANSEN_00000084. Investigation and discovery are continuing and
16  Defendant reserves the right to supplement or modify this request.").  Plaintiff's generalized
17  objections are not persuasive.

18  Because plaintiff failed to meet his obligations to meet and confer and to file a joint
19  statement, and because plaintiff's motion lacks substantive merit, the motion to compel (ECF No.
20  14) is DENIED.

21  IT IS SO ORDERED.

22  DATE: August 26, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE