UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACK HANSEN,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

No.  2:25-cv-0909 TLN AC PS

ORDER

Plaintiff is proceeding in this action in pro se.  Pre-trial matters are accordingly referred to the undersigned by E.D. Cal. R. ("Local Rule") 302(c)(21).  On April 3, 2026, defendant filed a motion for summary judgment.  ECF No. 20.  The motion has been submitted on the papers.  ECF No. 23.  With its motion, defendant submitted a statement of undisputed facts (ECF No. 20-5), as required by E.D. Cal. Local Rule 260(a).  Plaintiff filed an opposition to the motion on April 20, 2026.  ECF No. 24.  Plaintiff did not, however, comply with Local Rule 260(b), which requires a party opposing a motion for summary judgment to "reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial."

Because plaintiff's opposition to the motion for summary judgment is incomplete, IT IS

1

HEREBY ORDERED that plaintiff shall submit the response to the statement of undisputed facts required by Local Rule 260(b), in the correct form, within 30 days of this order. Defendant may reply to the statement after it is filed as directed by the Local Rules. If plaintiff does not submit the required statement of undisputed facts, the motion will be heard on the merits without the full benefit of plaintiff's position.

IT IS SO ORDRED.

DATED: May 26, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE