UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACK HANSEN,

Plaintiff,

v.

WAL-MART STORES, INC.,

Defendant.

No. 2:25-cv-0909-TLN-AC

**ORDER**

Plaintiff is proceeding in this action in pro per. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 17, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 30.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 31.) Defendant filed a response to the objections. (ECF No. 32.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2026 (ECF No. 30), are ADOPTED in full.

2. Defendant's motion for summary judgment (ECF No. 20) is granted.

3. The Clerk of Court is directed to enter judgment in favor of defendant close this case.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE